UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00103-SEB-DML |
| | ) | |
| MICHAEL A. MONTGOMERY, JR., | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that

Michael A. Montgomery, Jr's supervised release be revoked, pursuant to Title 18, U.S.C.

§3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583,

The Court now approves and adopts the Report and Recommendation as the entry of the Court,

and orders a sentence imposed of imprisonment of five (5) months in the custody of the Attorney

General or his designee, with twelve (12) months of supervised release to follow. Defendant shall

continue to abide by the conditions of supervised release set forth in the August 24, 2018 Judgment.

[Dkt. 44 at 3-4.]

**SO ORDERED.**

Date: ____1/8/2019_____        *Sarah Evans Barker*_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service