UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:18-cr-00103-SEB-DML |
| MICHAEL A. MONTGOMERY, JR., | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Michael A. Montgomery, Jr's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of period of nine (9) months in the custody of the Attorney General or his designee with 12 months of supervised release to follow. In addition to the mandatory conditions of supervision, the conditions of supervised release, as outlined in the Report and Recommendation, will be imposed. The Court makes a recommendation to the Bureau of Prisons of Defendant's placement at FCI Terre Haute, Indiana.

**SO ORDERED.**

Date: 10/23/2019

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service