UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00103-SEB-DML |
| | ) | |
| MICHAEL A. MONTGOMERY, JR., | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that

Michael A. Montgomery, Jr.'s supervised release be revoked, pursuant to Title 18, U.S.C.

§3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583,

the Court now approves and adopts the Report and  Recommendation as the entry of the Court,

and orders a sentence imposed of imprisonment of nine (9) months in the custody of the Attorney

General or his designee, with no supervised release to follow. The Court recommends that

Defendant receive mental health counseling and treatment for his substance use.

**SO ORDERED.**

Date: _____2/18/2021_____          _Sarah Evans Barker_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service